

**Ctm Bone**
Nov 13, 2019

☝️

  32     1 comment  1 share

 Copy      Share