# 6 arrested after Anniston school bus caught in shootout, no students on board



(Source: Dixon Hayes/WBRC)  ((Source: Dixon Hayes/WBRC))

By WBRC Staff

Updated: Oct. 3, 2018 at 5:07 PM CDT







1:24-cr-332-CLM-GMB
09/12/2024 HEARING
GOVT EX NO 8