

# Samone Terrmeisha

**719** friends

On a mission to help single mothers to expand their income




Posts    Photos    Videos

## Details

🔗 linktr.ee/terrmeisha



1:24-cr-322-CLM-GMB
9-13-24 Hearing
Gov't EX 14

## Samone Termeisha
4d · 🌐

Ayyyyyyye Wish Ny Twin A Mf Happy Birthday Literally SCREAMING 😱 I Love You Boy You Know That Forever Us F*ck Anyone Else 🖤😜 Happy Birthday Boo Blu Wop Free You 🫶





## Blu Wop
**977** friends

  

Posts    Photos

## Details

🎓 Went to **Gadsden City High School FCCLA**

📍 From **Gadsden, Alabama**

